Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for David Preszler

## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID ALLAN PRESZLER,<br><br>            Defendant. | Case No. 1:10-cr-20 DLB<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date:  April 8, 2010<br>Time:  10:00 a.m.<br>Magistrate Judge Beck |

    Each party by and through their respective counsel stipulate and agree to continue the sentencing hearing in the above matter currently set for March 28, 2010 to April 8, 2010 10:00 a.m., to allow Probation sufficient time to prepare a presentence report and to allow the parties an opportunity to submit objections.

**SO STIPULATED.**

Dated: February 2, 2010

                              /s/ Carolyn D. Phillips
                              Carolyn D. Phillips
                              Attorney for Defendant
                              David Allan Preszler


Dated: February 2, 2010       LAWRENCE G. BROWN
                              United States Attorney

                              By: /s/ Laurel Montoya
                              Assistant U.S. Attorney

*Stipulation to Continue Sentencing; United States v. David Allan Preszler, Case No. 1:10-cr-20 DLB*          1

1
2
3
4
5   IT IS SO ORDERED.
6                                              Dated:   **February 3, 2010**
7   /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  *Stipulation to Continue Sentencing; United States v. David Allan Preszler, Case No. 1:10-cr-20 DLB*           2