1 | Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
2 | Fresno, California  93755-5622
559/248-9833

3 | Attorney for David Preszler

4 |

5 | **IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

6 |

UNITED STATES,                    )    Case No. 1:10-cr-20 DLB
                                  )
7 |            Plaintiff,          )    **STIPULATION AND**
                                  )    **ORDER TO CONTINUE**
8 |                                )    **SENTENCING**
   vs.                            )
                                  )    Date:  April 15, 2010
9 | DAVID ALLAN PRESZLER,          )    Time:  10:00 a.m.
                                  )    Magistrate Judge Beck
10 | _____Defendant.____)

11 |     Each party by and through their respective counsel stipulate

and agree to continue the sentencing hearing in the above matter
12 |
currently set for April 8, 2010 to April 15, 2010 10:00 a.m., to
13 |
allow the defendant sufficient time to review the presentence
14 |
report and to allow the parties an opportunity to submit
15 |
objections.

16 |     **SO STIPULATED.**

   Dated:  April 5, 2010
17 |
                              /s/ Carolyn D. Phillips
18 |                          Carolyn D. Phillips
                             Attorney for Defendant
19 |                          David Allan Preszler

20 |

21 |   Dated:  April 5, 2010          LAWRENCE G. BROWN
                                    United States Attorney

22 |                              By: /s/ Laurel Montoya

23 | *Stipulation to Continue Sentencing; United States v. David Allan Preszler,*
*Case No. 1:10-cr-20 DLB*          l

1              Assistant U.S. Attorney

2

3       **IT IS SO ORDERED.**

4
        Dated: April 5, 2010          ___/s/ Gary S. Austin___
5                                      United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23      *Stipulation to Continue Sentencing; United States v. David Allan Preszler,*
        *Case No. 1:10-cr-20 DLB*        2